# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **COWANNA SALES,** | } |
| Plaintiff, | } |
| v. | } Case No.: 5:22-cv-01367-MHH |
| **MARATHON ELECTRICAL CONTRACTORS, LLC,** | } |
| Defendant. | } |

## CLERK'S MINUTE ENTRY
## DISMISSAL PURSUANT TO STIPULATION OF PARTIES

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Ms. Sales and defendant Marathon Electrical Contractors, LLC have jointly stipulated to the dismissal of Ms. Sales's claims against Marathon Electrical Contractors, LLC with prejudice and with each party to bear its own costs. (Doc. 24).

Therefore, the Clerk of the Court shall please close this case.

**DONE** and **ORDERED** this March 4, 2024.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE